# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                          NO. 4:18-cr-00486-JM-1

TONY TERRELL GOLDEN                                             DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Thursday, May 20, 2021, for a scheduled hearing on the government's motion to revoke the supervised release of defendant Tony Terrell Golden. Doc. No. 10. Assistant United States Attorney Edward Walker was present for the government. The defendant appeared in person with his attorney, Lott Rolfe IV.

Upon inquiry from the Court, the defendant admitted the allegations contained in the motion to revoke. Following statements by counsel and the defendant, the Court determined the motion to revoke should be GRANTED.

IT IS THEREFORE ORDERED that defendant Tony Terrell Golden is hereby **sentenced to TIME SERVED. Supervised release is reimposed and extended, with an expiration date of October 28, 2022, with the addition of the following special condition:**

- The defendant will in home detention monitored by Radio Frequency (RF) monitoring for the remainder of his term of supervised release. The defendant will be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation office.

All other conditions of supervised release previously imposed remain in full force and effect.

IT IS SO ORDERED this 20th day of May 2021.

                                                               _____
                                                               JAMES M. MOODY JR.
                                                               UNITED STATES DISTRICT JUDGE