AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1



# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

FILED
EASTERN DISTRICT ARKANSAS
SEP 29 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| TONY TERRELL GOLDEN | ) | Case No.  4:18-cr-00486-JM-1 |
| | ) | USM No.  03902-029 |
| | ) | Lott Rolfe IV |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   _1, 2, 3, 4, 5, 6, 7, and 8_   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory | Unlawful possession of a controlled substance | 08/09/2021 |
| 2 - Standard (7) | Unlawful use of a controlled substance | 08/09/2021 |
| 3 - Standard (3) | Failure to truthfully answer inquiries from probation officer | 09/15/2021 |
| 4 - Standard (5) | Failure to regularly work at a lawful occupation | 09/07/2021 |

The defendant is sentenced as provided in pages 2 through   _3_   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  _1706_

Defendant's Year of Birth:   _1980_

City and State of Defendant's Residence:
Osceola, Arkansas

09/29/2022
Date of Imposition of Judgment

_/s/ signature_
Signature of Judge

JAMES M. MOODY JR., U.S. DISTRICT JUDGE
Name and Title of Judge

9/29/22
Date

DEFENDANT: TONY TERRELL GOLDEN
CASE NUMBER: 4:18-cr-00486-JM-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Standard (6) | Failure to notify probation officer of change in residence | 09/15/2021 |
| 6 - Standard (10) | Failure to permit probation office to conduct home visit | 09/15/2021 |
| 7 - Special | Failure to follow court-ordered conditions of home detention | 09/15/2021 |
| 8 - Special | Failure to participate in substance abuse treatment as directed | 08/31/2021 |

Judgment — Page 3 of 3

DEFENDANT: TONY TERRELL GOLDEN
CASE NUMBER: 4:18-cr-00486-JM-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
TWELVE (12) MONTHS with no term of supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in nonresidential substance abuse treatment during incarceration. The Court further recommends designation to a facility near Sioux Falls, South Dakota, to allow the defendant to remain near his family.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on _____ .

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL